IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALL-SPAN, INC. | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 04-1420-JJF |
| UNITED STATES OF AMERICA DEPARTMENT OF HOMELAND SECURITY, C&F CONSTRUCTION INDUSTRIES CORP., CUMBERLAND CASUALTY & SURETY CO., | : |
|     Defendants, | : |

**ORDER**

WHEREAS, the above-captioned matter was filed on November 04, 2004;

WHEREAS, this matter has been pending with no activity for over ten (10) months;

WHEREAS, Local Rule 41.1 provides for the Court on its own motion, and after reasonable notice, to enter an Order dismissing such matters unless good reason for the inaction is given;

IT IS HEREBY ORDERED that the Plaintiff show cause in writing **within twenty (20) days of the date of this Order** why this matter should not be dismissed for failure to prosecute.

October 31, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE