# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF  
JOSEPH J. FARNAN, JR.  
JUDGE

LOCKBOX 27  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6155

November 2, 2005

Robert Daniel Ardizzi, Esquire  
Davis, Bucco & Ardizzi  
2 North Colonial Avenue  
Elsmere, DE 19805

      RE:   All-Span Inc. v. USA Dept. of Homeland Security, et al.  
              <u>Civil Action No. 04-1420 JJF</u>

Dear Mr. Ardizzi:

      Pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16.2, the Court requests that counsel confer and submit to the Court a Proposed Pretrial Scheduling Order on or before **Monday, November 21, 2005**. If, as of the date of this letter, the Defendant(s) has not yet entered an appearance and/or answered or otherwise pled, it shall be the responsibility of counsel for the Plaintiff to notify the Defendant of this request.

      Enclosed is a sample form of Order which should serve as a basis for your discussions. If there is no demand for a jury trial or if the parties waive trial by jury, trial can be scheduled within four (4) to nine (9) months from the date of filing of a proposed scheduling order. When discussing the schedule of this matter, please account for all the events that can adversely affect your preparation for the trial.

      If either party believes that a conference with the Court is needed, please direct any requests or questions regarding the scheduling and management of the above matter to Case Manager Debbie Krett at (302) 573-6168.

Sincerely,

*Joseph J. Farnan*  
JOSEPH J. FARNAN, JR.

JJFjr:dk  
Enclosure  
cc: Clerk, U.S. District Court