IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALL-SPAN INC. | : |
|         Plaintiff | : |
| | : |
|     vs. | : |
| | : Civil No. 04-1420 |
| UNITED STATES OF AMERICA. | : |
| DEPARTMENT OF HOMELAND SECURITY, | : |
| C&F CONSTRUCTION INDUSTRIES CORP. and | : |
| CUMBERLAND CASUALTY & SURETY CO. | : |
| | : |
|         Defendants | : |

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of Plaintiff's Request for Entry of Default against Defendant C&F Construction Industries Corp. and the Affidavit in Support thereof were served by first class mail, postage pre-paid to the following parties on January 17, 2006:

Cumberland Casualty & Surety Co.
4311 West Waters, Suite 401
Tampa, Florida 33614

C&F Construction Industries Corp.
2247 Lawrence Street
East Point, GA 30344

        **/s/Robert D. Ardizzi**
        ROBERT A. ARDIZZI, ESQUIRE
        Davis, Bucco & Ardizzi
        2 N. Colonial Avenue
        Elsmere, DE 19805
        (302) 345-9808
        Attorney for Plaintiff