## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALL-SPAN INC. | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | Civil No. 04-1420 |
| UNITED STATES OF AMERICA. | : | |
| DEPARTMENT OF HOMELAND SECURITY, | : | |
| C&F CONSTRUCTION INDUSTRIES CORP. and | : | |
| CUMBERLAND CASUALTY & SURETY CO. | : | |
| | : | |
| Defendants | : | |

## REQUEST FOR ENTRY OF DEFAULT

**TO THE CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE:**

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff, All-Span, Inc., requests this honorable court to enter a default against Defendant, Cumberland Casualty & Surety Co., for having failed to appear in the above entitled action within the time required for its appearance.

In support of this request for entry of default, Plaintiff relies upon the affidavit of counsel filed simultaneously with this request.

                                                     **DAVIS, BUCCO & ARDIZZI**

DATE: January 17, 2006                **/s/ Robert D. Ardizzi**
                                                            Robert D. Ardizzi, Esquire
                                                             2 N. Colonial Avenue
                                                             Elsmere, DE 19805
                                                             Attorney for Plaintiff