AO 440 (Del Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2004 DEC 28 PM 4:08

ALL-SPAN INC.

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA
DEPARTMENT OF HOMELAND SECURITY, et al

CASE NUMBER: 04-1420

TO: (Name and address of Defendant)

CUMBERLAND CASUALTY & SURETY CO.
4311 West Waters, Suite 401
Tampa, FL 33614

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert D. Ardizzi, Esquire
Davis, Bucco & Ardizzi
2 N. Colonial Avenue
Elsmere, DE 19805

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

11/29/04

CLERK                                    DATE

*Beth Dunn* (signature)

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12-16-04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| AQUIL STARKS | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via Certified Mail on 12-16-04 to Cumberland Casualty & Surety Co.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-16-04
             Date

Signature of Server: Aquil K. Starks

Address of Server:
Davis, Bucco & Ardizzi
2 N. Colonial Avenue
Elsmere, DE 19805

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.