IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALL-SPAN INC. | : |
|         Plaintiff | : |
| | : |
| vs. | : |
| | : Civil No. 04-1420 |
| UNITED STATES OF AMERICA. | : |
| DEPARTMENT OF HOMELAND SECURITY, | : |
| C&F CONSTRUCTION INDUSTRIES CORP. and | : |
| CUMBERLAND CASUALTY & SURETY CO. | : |
| | : |
|         Defendants | : |

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of Plaintiff's Request for Entry of Default against Defendant Cumberland Casualty & Surety Co. and the Affidavit in Support thereof were served by first class mail, postage pre-paid to the following parties on January 17, 2006:

Cumberland Casualty & Surety Co.
4311 West Waters, Suite 401
Tampa, Florida 33614

C&F Construction Industries Corp.
2247 Lawrence Street
East Point, GA 30344

                                              **/s/Robert D. Ardizzi**
                                              ROBERT A. ARDIZZI, ESQUIRE
                                              Davis, Bucco & Ardizzi
                                              2 N. Colonial Avenue
                                              Elsmere, DE 19805
                                              (302) 345-9808
                                              Attorney for Plaintiff