IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALL-SPAN INC. | : |
|         Plaintiff | : |
| | : |
|   vs. | : |
| | : Civil No. 04-1420 |
| UNITED STATES OF AMERICA. | : |
| DEPARTMENT OF HOMELAND SECURITY, | : |
| C&F CONSTRUCTION INDUSTRIES CORP. and | : |
| CUMBERLAND CASUALTY & SURETY CO. | : |
| | : |
|         Defendants | : |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT**
**UNITED STATES OF AMERICA, DEPARTMENT OF HOMELAND SECURITY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff All-Span, Inc. hereby dismisses the claims against Defendant United States of America, Department of Homeland Security, only.

                                                            **/s/ Robert D. Ardizzi, Esquire**
                                                            Robert D. Ardizzi, Esquire
                                                            2 N. Colonial Avenue
                                                            Elsmere, DE 19805
                                                           (302) 345-9808
                                                          Attorney for Plaintiff

Date:  January 17, 2006