IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ALL-SPAN, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-1420-JJF |
| | : | |
| UNITED STATES OF AMERICA DEPARTMENT OF HOMELAND SECURITY, C&F CONSTRUCTION INDUSTRIES CORP., and CUMBERLAND CASUALTY & SURETY CO., | : : : : : : | |
| | : | |
| Defendants. | : | |

**O R D E R**

WHEREAS, the Court issued an Order (D.I. 6) in the above-captioned action requiring Plaintiff to show cause in writing within twenty (20) days of the Court's Order why this case should not be dismissed for failure to prosecute;

WHEREAS, Plaintiff has sufficiently responded to the Court's Order so as to satisfy the Court that this matter should not be dismissed;

NOW THEREFORE, IT IS HEREBY ORDERED that the Court's Order (D.I. 6) to show cause why this action should not be dismissed for failure to prosecute is **RETIRED**.

July 13, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE