IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALL-SPAN, INC. | : |
|     Plaintiff, | : |
|     v. | : Civil Action No. 04-1420-JJF |
| C&F CONSTRUCTION INDUSTRIES CORP., CUMBERLAND CASUALTY & SURETY CO., | : |
|     Defendants, | : |

### O R D E R

WHEREAS, Plaintiff in the above-captioned matter has filed a Request for Entry of Default (D.I. 10) against Defendant C & F Construction Industries Corp. and a Request for Entry of Default (D.I. 13) against Defendant Cumberland Casualty & Surety Co.;

WHEREAS, Plaintiff has been notified to provide supplementation to its Affidavits (D.I 11, 14) in Support of Requests for Entry of Default;

WHEREAS, to date the supplementation has not been received;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Plaintiff's Request for Entry of Default against Defendant, C & F Construction Industries Corp. (D.I. 10) is **DENIED with leave to renew** upon supplementation of affidavit in support.

2) Plaintiff's Request for Entry of Default against

Defendant, Cumberland Casualty & Surety Co. (D.I. 13) is **DENIED with leave to renew** upon supplementation of affidavit in support.

\_\_September 29, 2006\_\_  
DATE

_____*[signature]*_____  
UNITED STATES DISTRICT JUDGE