IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALL-SPAN, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-1420-JJF |
| | : |
| C&F Construction Industries | : |
| Corp. and CUMBERLAND | : |
| CASUALTY & SURETY CO., | : |
| | : |
| Defendants. | : |

**O R D E R**

WHEREAS, Plaintiff's Request For Entry of Default (D.I. 19) against Defendant C&F Construction Industries Corp. and Cumberland Casualty & Surety Co. was denied with leave to renew upon supplementation of the affidavit in support;

WHEREAS, to date, no such supplementation has been filed, and this action remains pending with no activity for more than a year;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Counsel for Plaintiff shall advise the Court of the status of this action no later than **Friday, November 1, 2007.**

2. Failure to comply with this Order will result in the dismissal of this action for failure to prosecute in accordance with Local Rule 41.1.

October 18, 2007
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE