IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALL-SPAN, INC.,                  :
                                 :
        Plaintiff,               :
                                 :
    v.                           : Civil Action No. 04-1420-JJF
                                 :
C&F Construction Industries      :
Corp. and CUMBERLAND             :
CASUALTY & SURETY CO.,           :
                                 :
        Defendants.              :

### AMENDED ORDER

WHEREAS, an Order was entered requiring Plaintiff to file a status letter in the above-captioned action by Friday November 1, 2007;

WHEREAS, the correct due date should be Friday, November 2, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that Counsel for Plaintiff shall advise the Court of the status of this action no later than **Friday, November 2, 2007.**

2.  Failure to comply with this Order will result in the dismissal of this action for failure to prosecute in accordance with Local Rule 41.1.

October 19, 2007                              /s/ Joseph J. Farnan
    DATE                              UNITED STATES DISTRICT JUDGE