IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALL-SPAN, INC., :
:
      Plaintiff, :
:
v. : Civil Action No. 04-1420-JJF
:
C&F Construction Industries :
Corp. and CUMBERLAND :
CASUALTY & SURETY CO., :
:
      Defendants. :

## **O R D E R**

WHEREAS, the Court ordered Plaintiff to provide a status report concerning this action no later than November 2, 2007 (D.I. 21);

WHEREAS, the Court further advised Plaintiff that failure to comply with the Court's Order would result in dismissal of this action for failure to prosecute in accordance with D. Del. L.R. 41.1;

WHEREAS, to date, the Court has received no response from Plaintiff, and there has been no activity in this case for more than a year;

NOW THEREFORE, IT IS HEREBY ORDERED that the above-captioned action is **DISMISSED** with prejudice for failure to prosecute.

_November 8, 2007_            _/s/ Joseph J. Farnan_
    DATE                                      UNITED STATES DISTRICT JUDGE